■ In the Matter of 166 EAST 61ST STREET ASSOCIATES, Appellant, v NEW YORK CITY CONCILIATION AND APPEALS BOARD, Respondent.—Judgment, Supreme Court, New York County, entered December 8, 1977, dismissing the article 78 petition, is unanimously affirmed on the opinion of Greenfield, J., with $60 costs and disbursements of this appeal to respondent. Although not raised in the trial court, laches would have sufficed to defeat the appellant. Concur—Lupiano, J. P., Birns, Silverman, Evans and Markewich, JJ.